STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536        AND FILED ON        11/21/2007

LAURA K. AND PHILLIP K., ET AL                                     Plaintiff(s)/Petitioner(s)

                                                Vs.

JANA RINALDO, ET AL                                               Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                       )    SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____11/29/2007_____ at _____2:50PM_____ , deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      JANA RINALDO                                            (herein called recipient)
                                                                            therein named.
At Location:       YWCA
                   515 NORTH STREET
                   WHITE PLAINS NY

By delivering to and leaving with ___LEONE GIZZI, C.F.O._____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____11/30/07____ , deponent completed service by depositing a copy of the
       SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BROWN_ | |
|------|------|---------------|------|---------------|---|---------|---|
| Age | _35/45_ | Height | _5'3"_ | Weight | _125_ | | |
| Other Features | | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the    11/30/2007

_Gery Williams_                                        _[signature]_
GAIL WILLIAMS                                          John Axelrod
Notary Public
Qual...                                                Server's License#:
Com...                      2010

STATE OF  NEW YORK                   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV 10536           AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL                                              Plaintiff(s)/Petitioner(s)

                                        Vs.

JANA RINALDO, ET AL                                                        Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                     )
                                                       )   SS
COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____11/29/2007_____ at _____2:50PM_____ , deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      RHONDA HUEMANN, DIRECTOR                                    (herein called recipient)
                                                                                 therein  named.
At Location:       YWCA
                   515 NORTH STREET
                   WHITE PLAINS NY

By delivering to and leaving with ___LEONE GIZZI, C.F.O._____ a person of suitable age and discretion.
Said premises is recipient's [✔]  actual place of business [ ]   dwelling house(usual place of abode) within the state.

On_____11/30/07_____ , deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex [ ]  _FM_  Color of Skin [ ]  _WH_   Color of Hair [ ]_____BROWN_____

Age  _35/45_  Height [ ] _5'3"_  [ ]Weight[ ]  _125_

[ ] Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the _____11/30/2007_____

_____
        GAIL WILLIAMS
        Notary Public

                                                      _____
                                                              John Axelrod

                                                      Server's License#:

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10536          AND FILED ON          11/21/2007

| | | |
|---|---|---|
| LAURA K. AND PHILLIP K., ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| JANA RINALDO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )  SS

COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On ___11/29/2007___ at ___2:50PM___, deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:       JANE DOE                                                    (herein called recipient)

                                                                                   therein  named.

At Location:        YWCA

                    515 NORTH STREET

                    WHITE PLAINS NY

By delivering to and leaving with   LEONE GIZZI, C.F.O. _____ a person of suitable age and discretion.

Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On _____ 11/30/07 _____, deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | | | | |
|---|---|---|---|---|---|
| Sex  _FM_ | Color of Skin  _WH_ | Color of Hair | | | _BROWN_ |
| Age  _35/45_ | Height  _5'3"_ | Weight | _125_ | | |
| Other Features | | | | | |

Sworn to before me on the    11/30/2007

_____

GAIL WILLIAMS

Notary Public, State of New York

Qualified in                     County

Commission Expires,             30, 2010

_____

John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536        AND FILED ON        11/21/2007

| LAURA K. AND PHILLIP K., ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| JANA RINALDO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                          )      SS

COUNTY OF WESTCHESTER                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York , On _____11/29/2007_____ at _____2:50PM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:      MARY ROE                                                        (herein called recipient)
                                                                                    therein named.
At Location:       YWCA
                   515 NORTH STREET
                   WHITE PLAINS NY

By delivering to and leaving with ___LEONE GIZZI, C.F.O._____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On_____11/30/07_____, deponent completed service by depositing a copy of the
          SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _FM_    Color of Skin    _WH_    Color of Hair    _BROWN_
Age    _35/40_    Height    _5'3"_    Weight    _125_
Other Features :

Sworn to before me on the    11/30/2007

_____              _____
          GAIL WILLIAMS                              John Axelrod
     Notary Public, State of New York
          Qualified in Westchester County          Server's License#:
     Commission Expires            2010

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV 10536

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
AND FILED ON        11/21/2007

| | | |
|---|---|---|
| LAURA K. AND PHILLIP K., ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| JANA RINALDO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )
                                                                                    ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On ____11/29/2007____  at ____2:50PM____ , deponent did serve the within process as follows:
Process Served:

Party Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
                        YWCA, A NON-PROFIT ASSOCIATION                                              (herein called recipient)
At Location:                                                                                                         therein  named.

                        515 NORTH STREET
                        515 NORTH STREET
                        WHITE PLAINS NY

By delivering to and leaving with    LEONE GIZZI _____ and that deponent knew the person

so served to be the    C.F.O.

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM        Color of Skin  WH            Color of Hair  BROWN

Age  35/45        Height  5'3"

Weight  125            Other Features

Sworn to before me on ____11/30/2007____

_signature_

                        GAIL WILLIAMS
            Notary Public, State of New York
                        (illegible)
            Qualified in (illegible) County
        Commission Ex(illegible)ember 30, 2C10

John Axelrod

Server's License#:

STATE OF   NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV 10536          AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL
                                                    Vs:                                    Plaintiff(s)/Petitioner(s)

JANA RINALDO, ET AL                                                                        Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                      )     **SS**

COUNTY OF WESTCHESTER                                                    )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____11/30/2007_____ at _____12:25PM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:
                  BRIAN ROBBINS                                              (herein called recipient)
At Location:                                                                    therein   named.
                  WHITE PLAINS POLICE DEPARTMENT
                  77 S. LEXINGTON AVENUE
                  WHITE PLAINS NY

         By delivering to and leaving with   J. MCPHERSON, RECORDS DIVISION
         Said premises is recipient's [✓]   actual place of business  [ ]   dwelling house(usual place of abode) within the state.  a person of suitable age and discretion.

         On_____  12/3/07_____, deponent completed service by depositing a copy of the
                  SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_   Color of Skin   _WH_        Color of Hair              _BLACK_
Age  _30/40_  Height  _4'11"_  Weight  _95_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   12/3/2007

_____                         _____
                                                              John Axelrod
        GAIL WILLIAMS
                                                      Server's License#:

                                    2010

STATE OF NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10536          AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL
                                                Vs.                                            Plaintiff(s)/Petitioner(s)

JANA RINALDO, ET AL                                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                    )
                                                                              )  SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____11/30/2007_____ at _____12:25PM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:          ERIC FISHER                                                                       (herein called recipient)
                                                                                                                        therein named.
At Location:            WHITE PLAINS POLICE DEPARTMENT
                            77 S. LEXINGTON AVENUE
                            WHITE PLAINS NY

By delivering to and leaving with   J. MCPHERSON, RECORDS DIVISION _____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____12/3/07_____ , deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex    _FM_   Color of Skin _WH_    Color of Hair              _BLACK_
Age   _30/40_  Height _4'11"_  Weight   _95_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the  12/3/2007

_____                          _____
        GAIL WILLIAMS                                                          John Axelrod
    Notary Public, State of New York
                                                                                      Server's License#:
        Qualifi.... .... County
    Co............ ...... ...ber 30, 2010

STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV 10536

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

AND FILED ON          11/21/2007

---

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK

COUNTY OF WESTCHESTER

)
)     **SS**

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____11/30/2007_____ at _____12:25PM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     ANNE FITZSIMMONS                                                      (herein called recipient)
                                                                                         therein   named.
At Location:      WHITE PLAINS POLICE DEPARTMENT
                  77 S. LEXINGTON AVENUE
                  WHITE PLAINS NY

By delivering to and leaving with ___J.MCPHERSON,RECORDS DIVISION_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 12/3/07 _____ , deponent completed service by depositing a copy of the
        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_   Color of Skin  _WH_   Color of Hair _____ _BLACK_
Age  _30/40_ Height _4'11"_ Weight  _95_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the ___12/3/2007___

_signature_

GAIL WILLIAMS
Notary Public, State of New York

_2010_

_signature_
John Axelrod

Server's License#: