STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

| | |
|---|---|
| LAURA K. AND PHILLIP K., ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| JANA RINALDO, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                                               ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JANA RINALDO    (herein called recipient) therein named.
At Location: YWCA
515 NORTH STREET
WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business. [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'3" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL    Plaintiff(s)/Petitioner(s)

Vs.

JANA RINALDO, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/29/2007__ at __2:50PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RHONDA HUEMANN, DIRECTOR   (herein called recipient) therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with __LEONE GIZZI, C.F.O.__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __11/30/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'3" | Weight | 125 | |

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the __11/30/2007__

GAIL WILL...
Notary Public

John Axelrod

Server's License#:

2010

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

| LAURA K. AND PHILLIP K., ET AL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| JANA RINALDO, ET AL. | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    JANE DOE                                    (herein called recipient)
                                                             therein named.
At Location:     YWCA
                 515 NORTH STREET
                 WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'3" | Weight | 125 | |
| Other Features | | | | | | |

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ___ County
Commission Ex___ 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL                                         Plaintiff(s)/Petitioner(s)

                                    Vs.

JANA RINALDO, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                        )
                                          ) SS
COUNTY OF WESTCHESTER                     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:   MARY ROE                                               (herein called recipient)
At Location:    YWCA                                                   therein named.
                515 NORTH STREET
                WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair  BROWN
Age  35/40  Height  5'3"   Weight  125
Other Features

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
...
Qualified in ... County
Commission ... 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK               )
                                 ) SS
COUNTY OF WESTCHESTER            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/29/2007__ at __2:50PM__, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
YWCA, A NON-PROFIT ASSOCIATION        (herein called recipient)
                                       therein named.
At Location:
515 NORTH STREET
515 NORTH STREET
WHITE PLAINS NY

By delivering to and leaving with __LEONE GIZZI__ and that deponent knew the person so served to be the C.F.O. of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BROWN
Age: 35/45    Height: 5'3"
Weight: 125    Other Features:

Sworn to before me on __11/30/2007__

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
Qualified in [illegible] County
Commission Expires [illegible] 30, 2010

STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL                                    Plaintiff(s)/Petitioner(s)

                         Vs:

JANA RINALDO, ET AL                                               Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    BRIAN ROBBINS                                    (herein called recipient)
At Location:     WHITE PLAINS POLICE DEPARTMENT                   therein named.
                 77 S. LEXINGTON AVENUE
                 WHITE PLAINS NY

By delivering to and leaving with  J. MCPHERSON, RECORDS DIVISION  a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM    Color of Skin  WH    Color of Hair        BLACK
Age  30/40   Height  4'11"   Weight   95
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the  12/3/2007

_____                          _____
                                                   John Axelrod
                                                   Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536  AND FILED ON  11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ERIC FISHER                                              (herein called recipient)
At Location: WHITE PLAINS POLICE DEPARTMENT                             therein named.
             77 S. LEXINGTON AVENUE
             WHITE PLAINS NY

By delivering to and leaving with  J. MCPHERSON, RECORDS DIVISION  a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 30/40 | Height | 4'11" | Weight | 95 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/3/2007

Gail Williams
GAIL WILLIAMS
Notary Public, State of New York
Qual... ...County
Co... ...30. 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536  AND FILED ON  11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ANNE FITZSIMMONS    (herein called recipient) therein named.
At Location: WHITE PLAINS POLICE DEPARTMENT
77 S. LEXINGTON AVENUE
WHITE PLAINS NY

By delivering to and leaving with J.MCPHERSON, RECORDS DIVISION a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLACK
Age: 30/40    Height: 4'11"    Weight: 95
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 12/3/2007

_Jay Williams_
GAY WILLIAMS
Notary Public, State of New York

John Axelrod
Server's License#: