STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL                                   Plaintiff(s)/Petitioner(s)

Vs.

JANA RINALDO, ET AL                                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JANA RINALDO                                       (herein called recipient) therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'3" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 11/30/2007

_Gail Williams_
GAIL WILLIAMS
Notary Public

_John Axelrod_
John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL    Plaintiff(s)/Petitioner(s)

Vs.

JANA RINALDO, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RHONDA HUEMANN, DIRECTOR    (herein called recipient) therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|-----|----|----|----|----|----|----|
| Age | 35/45 | Height | 5'3" | Weight | 125 | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public

John Axelrod

Server's License#: 2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL                                  Plaintiff(s)/Petitioner(s)

                              Vs.

JANA RINALDO, ET AL.                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                )
                                                  ) SS
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JANE DOE                                          (herein called recipient)
                                                                therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'3" | Weight | 125 | |
| Other Features | | | | | | |

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ... County
Commission ... 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL     Plaintiff(s)/Petitioner(s)

Vs.

JANA RINALDO, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK   )
COUNTY OF WESTCHESTER   ) SS
   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: MARY ROE     (herein called recipient) therein named.
At Location: YWCA
515 NORTH STREET
WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __FM__ Color of Skin __WH__ Color of Hair __BROWN__
Age __35/40__ Height __5'3"__ Weight __125__
Other Features _____

Sworn to before me on the 11/30/2007

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
[illegible]
Qualified in [illegible] County
Commission [illegible] 2010

_John Axelrod_ (signature)
John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536  AND FILED ON  11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
YWCA, A NON-PROFIT ASSOCIATION  (herein called recipient) therein named.

At Location: 515 NORTH STREET
515 NORTH STREET
WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI and that deponent knew the person so served to be the C.F.O.

of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM  Color of Skin WH  Color of Hair BROWN
Age 35/45  Height 5'3"
Weight 125  Other Features

Sworn to before me on 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ___ County
Commission Expires ___ 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs:

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: BRIAN ROBBINS
At Location: WHITE PLAINS POLICE DEPARTMENT
77 S. LEXINGTON AVENUE
WHITE PLAINS NY

(herein called recipient) therein named.

By delivering to and leaving with J. MCPHERSON, RECORDS DIVISION a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM   Color of Skin: WH   Color of Hair: BLACK
Age: 30/40   Height: 4'11"   Weight: 95
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/3/2007

GAIL WILLIAMS
[Notary stamp illegible]

John Axelrod

Server's License#:

2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536  AND FILED ON  11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ERIC FISHER (herein called recipient) therein named.
At Location: WHITE PLAINS POLICE DEPARTMENT
77 S. LEXINGTON AVENUE
WHITE PLAINS NY

By delivering to and leaving with J. MCPHERSON, RECORDS DIVISION a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **FM**  Color of Skin **WH**  Color of Hair **BLACK**
Age **30/40**  Height **4'11"**  Weight **95**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/3/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ... County
Commission Expires ... 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ANNE FITZSIMMONS  (herein called recipient) therein named.
At Location: WHITE PLAINS POLICE DEPARTMENT
77 S. LEXINGTON AVENUE
WHITE PLAINS NY

By delivering to and leaving with J.MCPHERSON, RECORDS DIVISION a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM  Color of Skin: WH  Color of Hair: BLACK
Age: 30/40  Height: 4'11"  Weight: 95
Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 12/3/2007

_Gary Williams_ (signature)
GARY WILLIAMS
Notary Public, State of New York

_John Axelrod_ (signature)
John Axelrod
Server's License#:

2010