STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL                                            Plaintiff(s)/Petitioner(s)

Vs.

JANA RINALDO, ET AL                                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JANA RINALDO                                              (herein called recipient)
At Location: YWCA                                                        therein named.
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with  LEONE GIZZI, C.F.O.  a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
| --- | --- | --- | --- | --- | --- |
| Age | 35/45 | Height | 5'3" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 11/30/2007

_____                                    _____
GAIL WILLIAMS                                                John Axelrod
Notary Public

                                                             Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL                                          Plaintiff(s)/Petitioner(s)

                                    Vs.

JANA RINALDO, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/29/2007__ at __2:50PM__, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: RHONDA HUEMANN, DIRECTOR                        (herein called recipient) therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with __LEONE GIZZI, C.F.O.__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __11/30/07__, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|-----|----|---------------|----|---------------|---|-------|
| Age | 35/45 | Height | 5'3" | Weight | 125 | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the __11/30/2007__

GAIL WILLIAMS
Notary Public

                                                                John Axelrod
                                                                Server's License#:

2010

STATE OF NEW YORK         UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL                                   Plaintiff(s)/Petitioner(s)

                    Vs.

JANA RINALDO, ET AL                                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JANE DOE                                           (herein called recipient)
                                                                  therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'3" | Weight | 125 | |
| Other Features | | | | | | |

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ... County
Commission Ex... 30, 2010

                                                                 John Axelrod

                                                                 Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536  AND FILED ON  11/21/2007

LAURA K. AND PHILLIP K., ET AL                                          Plaintiff(s)/Petitioner(s)
                                    Vs.
JANA RINALDO, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                )
                                                  ) SS
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: MARY ROE (herein called recipient) therein named.
At Location: YWCA
             515 NORTH STREET
             WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI, C.F.O. a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 11/30/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM   Color of Skin  WH   Color of Hair  BROWN
Age  35/40  Height  5'3"  Weight  125
Other Features

Sworn to before me on the 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
...
Qualified in ... County
Commission ... 2010

John Axelrod

Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536  AND FILED ON  11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK  ) SS
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/29/2007 at 2:50PM, deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
YWCA, A NON-PROFIT ASSOCIATION (herein called recipient) therein named.

At Location: 515 NORTH STREET
515 NORTH STREET
WHITE PLAINS NY

By delivering to and leaving with LEONE GIZZI and that deponent knew the person so served to be the C.F.O. of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM  Color of Skin: WH  Color of Hair: BROWN
Age: 35/45  Height: 5'3"
Weight: 125  Other Features:

Sworn to before me on 11/30/2007

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ... County
Commission Expires ... 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536   AND FILED ON   11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs:

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: BRIAN ROBBINS (herein called recipient) therein named.
At Location: WHITE PLAINS POLICE DEPARTMENT
77 S. LEXINGTON AVENUE
WHITE PLAINS NY

By delivering to and leaving with J. MCPHERSON, RECORDS DIVISION a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  _FM_  Color of Skin  _WH_   Color of Hair  _BLACK_
Age  _30/40_  Height  _4'11"_  Weight  _95_
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/3/2007

_signature_

John Axelrod

Server's License#:

2010

STATE OF NEW YORK                       UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536    AND FILED ON    11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.                                    Plaintiff(s)/Petitioner(s)

JANA RINALDO, ET AL                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/30/2007 at 12:25PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ERIC FISHER                                      (herein called recipient)
At Location: WHITE PLAINS POLICE DEPARTMENT                     therein named.
             77 S. LEXINGTON AVENUE
             WHITE PLAINS NY

By delivering to and leaving with  J. MCPHERSON, RECORDS DIVISION  a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On 12/3/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex   FM     Color of Skin   WH     Color of Hair        BLACK
Age   30/40  Height   4'11"  Weight   95
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 12/3/2007

GAIL WILLIAMS
Notary Public, State of New York

John Axelrod

Server's License#:

STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10536     AND FILED ON     11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.                                                                 Plaintiff(s)/Petitioner(s)

JANA RINALDO, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **11/30/2007** at **12:25PM**, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ANNE FITZSIMMONS                                      (herein called recipient)
At Location: WHITE PLAINS POLICE DEPARTMENT                         therein named.
             77 S. LEXINGTON AVENUE
             WHITE PLAINS NY

By delivering to and leaving with **J.MCPHERSON, RECORDS DIVISION** a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On **12/3/07**, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex **FM**  Color of Skin **WH**   Color of Hair **BLACK**
Age **30/40**  Height **4'11"**  Weight **95**
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the **12/3/2007**

_Jay Williams_                                    _John Axelrod_
GARY WILLIAMS
Notary Public, State of New York                  Server's License#:

2010