STATE OF NEW YORK        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 10536     AND FILED ON     11/21/2007

| | | |
|---|---|---|
| LAURA K. AND PHILLIP K., ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| JANA RINALDO, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK             )    SS

COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On    11/29/2007    at    2:50PM    , deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:      JANA RINALDO                            (herein called recipient)
                                                     therein named.

At Location:        YWCA

                515 NORTH STREET

                WHITE PLAINS NY

By delivering to and leaving with    LEONE GIZZI, C.F.O.    a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On              11/30/07    , deponent completed service by depositing a copy of the

       SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | | _BROWN_ |
|---|---|---|---|---|---|---|
| Age | _35/45_ | Height | _5'3"_ | Weight | _125_ | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the    11/30/2007

_Gerg Williams_

GAIL WILLIAMS

Notary Public

Qual

Comm

John Axelrod

Server's License#:

_2010_

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV 10536          AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL                              Plaintiff(s)/Petitioner(s)

                                         Vs.

JANA RINALDO, ET AL                                         Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )
                                                       ) SS
COUNTY OF WESTCHESTER                                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____11/29/2007_____ at _____2:50PM_____ , deponent did

serve the within process as follows:

Process Served:   SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:     RHONDA HUEMANN, DIRECTOR                          (herein called recipient)
                                                                      therein  named.

At Location:      YWCA
                  515 NORTH STREET
                  WHITE PLAINS NY

By delivering to and leaving with ___LEONE GIZZI, C.F.O._____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On _____11/30/07_____ , deponent completed service by depositing a copy of the

       SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
| Age | 35/45 | Height | 5'3" | Weight | 125 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the _____11/30/2007_____

_____
GAIL WILLIAMS
Notary Public

Qual:
Comm:                              2010

                                              _____
                                              John Axelrod

                                              Server's License#:

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV 10536          AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL                                                    Plaintiff(s)/Petitioner(s)

                                        Vs.

JANA RINALDO, ET AL                                                              Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                              )
                                                                )   SS
COUNTY OF WESTCHESTER                                            )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____11/29/2007_____  at _____2:50PM_____ , deponent did

serve the within process as follows:

Process Served:    SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:      JANE DOE                                                      (herein called recipient)
                                                                                therein   named.

At Location:       YWCA
                   515 NORTH STREET
                   WHITE PLAINS NY

By delivering to and leaving with  ____LEONE GIZZI, C.F.O._____  a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____11/30/07_____ , deponent completed service by depositing a copy of the

        SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *FM* | Color of Skin | *WH* | Color of Hair | | *BROWN* |
|---|---|---|---|---|---|---|
| Age | *35/45* | Height | *5'3"* | Weight | *125* | |
| Other Features | | | | | | |

Sworn to before me on the _____11/30/2007_____

_Deny Williams_

GAIL WILLIAMS                                         John Axelrod
Notary Public, State of New York
Qualified in Westchester County                       Server's License#:
Commission Expires November 30. *2010*

STATE OF  NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536        AND FILED ON        11/21/2007

| | |
|---|---|
| LAURA K. AND PHILLIP K., ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| JANA RINALDO, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                          )    **SS**

COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York , On _____11/29/2007_____ at _____2:50PM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     MARY ROE                                    (herein called recipient)
                                                              therein   named.
At Location:      YWCA
                  515 NORTH STREET
                  WHITE PLAINS NY

By delivering to and leaving with ___LEONE GIZZI, C.F.O._____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____11/30/07____ , deponent completed service by depositing a copy of the
         SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|---|---|---|---|---|---|
| Age | _35/40_ | Height | _5'3"_ | Weight | _125_ |
| Other Features : | | | | | |

Sworn to before me on the ___11/30/2007___

_____
GAIL WILLIAMS
Notary Public, State of New York
Qualified in Westchester County
Commission Expires ........ 2010

_____
John Axelrod

Server's License#:

STATE OF  NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV 10536          AND FILED ON          11/21/2007

---

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                      )
                                                                          )   **SS**
COUNTY OF WESTCHESTER                               )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On ____11/29/2007____  at _____2:50PM_____ , deponent did serve the within process as follows:
Process Served:

Party Served:      | SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES |

                        | YWCA, A NON-PROFIT ASSOCIATION |                          (herein called recipient)
                                                                                                          therein   named.
At Location:

                        | 515 NORTH STREET |
                        | 515 NORTH STREET |
                        | WHITE PLAINS NY |

By delivering to and leaving with   LEONE GIZZI _____ and that deponent knew the person

so served to be the   C.F.O.

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  FM          Color of Skin  WH                Color of Hair  BROWN

Age  35/45                Height  5'3"

Weight  125                      Other Features

Sworn to before me on ____11/30/2007____

[signature]

GAIL WILLIAMS
Notary Public, State of New York
[illegible]
Qualified in [illegible] County
Commission E[illegible] 30, 2C10

[signature]

John Axelrod

Server's License#:

STATE OF NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL

Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK

COUNTY OF WESTCHESTER

)
)

SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____11/30/2007_____ at _____12:25PM_____ , deponent did serve the within process as follows:

Process Served: SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: BRIAN ROBBINS

At Location: WHITE PLAINS POLICE DEPARTMENT
77 S. LEXINGTON AVENUE
WHITE PLAINS NY

(herein called recipient)
therein named.

By delivering to and leaving with    J. MCPHERSON, RECORDS DIVISION    a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On _____12/3/07_____ , deponent completed service by depositing a copy of the
SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 30/40 | Height | 4'11" | Weight | 95 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the    12/3/2007

_(signature)_

GAIL WILLIAMS
Notary Public...

John Axelrod

Server's License#:

2010

STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV 10536

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

AND FILED ON          11/21/2007

LAURA K. AND PHILLIP K., ET AL

                                    Vs.

JANA RINALDO, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )    SS

COUNTY OF WESTCHESTER                                     )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____11/30/2007_____ at _____12:25PM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:       ERIC FISHER                                                                    (herein called recipient)
                                                                                                                     therein   named.
At Location:        WHITE PLAINS POLICE DEPARTMENT
                         77 S. LEXINGTON AVENUE
                         WHITE PLAINS NY

By delivering to and leaving with  J. MCPHERSON, RECORDS DIVISION _____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On _____ 12/3/07 ___, deponent completed service by depositing a copy of the
       SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex     FM     Color of Skin    WH          Color of Hair                           BLACK
Age   30/40   Height   4'11"    Weight       95
Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the   12/3/2007

_____
GAIL WILLIAMS
Notary Public, State of New York
Qualified in _____ County
Commission Expires _____ 30, 2010

_____
John Axelrod

Server's License#:

STATE OF   NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV 10536        AND FILED ON        11/21/2007

LAURA K. AND PHILLIP K., ET AL

                                    Vs.                              Plaintiff(s)/Petitioner(s)

JANA RINALDO, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )      **SS**

COUNTY OF WESTCHESTER                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____11/30/2007_____ at _____12:25PM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:     ANNE FITZSIMMONS                              (herein called recipient)
                                                                    therein   named.
At Location:      WHITE PLAINS POLICE DEPARTMENT
                  77 S. LEXINGTON AVENUE
                  WHITE PLAINS NY

By delivering to and leaving with ___J.MCPHERSON,RECORDS DIVISION_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On_____ 12/3/07 _____, deponent completed service by depositing a copy of the
          SUMMONS,COMPLAINT,JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | _30/40_ | Height | _4'11"_ | Weight | _95_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the  12/3/2007

_Gary Williams_                          _John Axelrod_

GARY WILLIAMS
Notary Public ... of New York
... County
... 2010                                   Server's License#: