```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LAURA K. and PHILLIP K. as parents         No. 07 CIV.10536
And best friends of their infant
Daughter "C", ANGELA M. AND MICHAEL
M., as parents and best friends of         Assigned to: Hon.
Their infant daughter "M", and KATHY       William C. Connor
D. and JOSEPH D. as parents and best
Friends of their infant daughter "J",

                    Plaintiffs,

         -against-                         ANSWER WITH
                                           CROSS-CLAIM

JANA RINALDO, individually, RHONDA
HUEMANN, individually, JANE DOE,
individually, MARY ROE, individually,
and the YWCA, a non-profit association,
BRIAN ROBBINS, individually and in his
capacity as a Detective in the Police
Department of the City of White Plains,
N.Y., ERIC FISHER, Individually and in
his capacity as a Detective Sergeant
in the Police Department of the City
of White Plains, N.Y., and ANNE FIZSIMMONS,
individually and in her capacity as
Assistant Chief of Police of the Police
Department of the City of White Plains,
N.Y.,

                    Defendants.
------------------------------------------x
```

JOSEPH A. MARIA, P.C., as attorneys for BRIAN ROBBINS, individually and in his capacity as a Detective in the Police Department of the City of White Plains, N.Y., ERIC FISHER, Individually and in his capacity as a Detective Sergeant in the Police Department of the City of White Plains, N.Y., and ANNE FIZSIMMONS, individually and in her capacity as Assistant Chief of Police of the Police

-1-

Department of the City of White Plains, N.Y., answer the Complaint of the Plaintiffs as follows:

**FIRST:** Denies each and every allegation contained in paragraphs designated: 1, 20, 21, 22, 24, 26, 28, and 30.

**SECOND:** Denies knowledge and information to form a belief as to each and every allegation contained in paragraphs designated: 3, 4, 5, 6, 7, 8, 9, 13, 14, 15, 16, 17, and 18.

**THIRD:** Denies each and every allegation, but leaves all question of law to the Court, in paragraphs designated: 2.

**FOURTH:** This answering defendant repeats and realleges all of the above denials and denies knowledge and information set forth in paragraphs designated: 23, 25, 27, and 29.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

**FIFTH:** That the defendants, acted in compliance with all applicable laws with just and probable cause.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE AND/OR IN DIMINUTION OF DAMAGES

**SIXTH:** That if the plaintiff sustained any injuries or damages, said injuries or damages were caused or contributed to by the negligence, culpable conduct, assumption of risk, or fault of the plaintiff, and were not caused or contributed to by the negligence, fault or want of care on the part of the answering defendants, or were caused by persons or parties for whose acts or omissions the answering defendants are not responsible or liable.

AS AND FOR A THIRD AFFIRMATIVE<br>
DEFENSE, OR IN DIMINUTION OF DAMAGES

**SEVENTH:** That if any of the acts complained of in the complaint are found to have been committed by the trier of fact, said acts were justified in that the actor or actors had reasonable grounds to believe that his or their acts were reasonably justified, pursuant to law, without malicious intent, or were a reasonable response to plaintiffs acts or were in defense of person or property or in response to provocation or were to preserve the public peace or were with just or probable cause.

AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

**EIGHTH:** If it is shown that the statement or conduct alleged to have been made or undertaken by the defendants were in fact made, such statement or conduct was privileged and/or was made or undertaken by said defendants in good faith, without malice and with just and probable cause.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

**NINTH:** That the statements or conduct alleged to have been made or undertaken by the defendants concerned subjects in which said defendants had an interest and were made to persons also having an interest in the subject of the statements or conduct and to whom said defendants had a duty to speak and/or report.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

**TENTH:** If it is shown that the defendants spoke of and concerning the plaintiffs, as alleged in the plaintiffs' complaint, such statements were justified, were based upon reasonable investigation, or were true.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

**ELEVENTH:** The actions of the Police Department were justified at all times in this matter.

## AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

**TWELFTH:** The defendant(s) herein are protected by partial or complete immunity therefore, this matter must be dismissed.

## AS AND FOR A CROSS CLAIM BY THIS DEFENDANT AGAINST CO-DEFENDANT(S) HEREIN, THIS DEFENDANT ALLEGES:

That if plaintiffs were caused to sustain damages at the time and place set forth in plaintiffs' Complaint due

to the carelessness, recklessness, negligence, and/or breach of warranty other than plaintiffs' own carelessness, recklessness, and negligence, said damages were sustained by reason of the carelessness, recklessness, negligence and/or acts of omission or commission and/or breach of warranty, and/or breach of contract, and/or breach of hold harmless or indemnification agreement by co-defendant named in this action, their agents, servants and/or employees. And if any judgment is recovered herein by plaintiffs against this defendants, it will be responsible therefore in whole or in part. (These defendants beg leave to refer to the full terms of said agreements at the time of trial.) That by reason of the foregoing, co-defendants named herein will be liable to these defendants in the event and in the full amount of any recovery had herein by the plaintiffs or for that proportion thereof caused by the relative responsibility of each of the co-defendants herein, and the said co-defendants will be bound to pay any and all fees and disbursements.

**WHEREFORE**, this defendant demands judgment dismissing the complaint herein as to this defendant with costs and disbursements; and further demands that the ultimate rights of this defendant and of the co-defendant named herein as

-6-

between themselves be determined in this action and that this defendant have judgment over and against the co-defendant named herein for all, or for that portion of any verdict or judgment which may be obtained herein by the plaintiff against this defendant to the extent that the responsibility of the co-defendant contributed thereto, together with the costs and disbursements of this action.

Dated: White Plains, New York
       December 19, 2007

                                          Joseph A. Maria (JM0209)
                                          JOSEPH A. MARIA, P.C.
                                          Attorneys for Defendant(s)
                                          301 Old Tarrytown Road
                                          White Plains, New York 10603
                                          (914) 684-0333
                                          File No. 33-0778