**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LAURA K. and PHILLIP K., as parents and best friends of their
infant daughter "C", ANGELA M. and MICHAEL M. as parents
and best friends of their infant daughter "M", and KATHY D. and
JOSEPH D., as parents and best friends of their infant daughter
"J", ANNE TERMINI,

                                  Plaintiffs,

        -against-

JANA RINALDO, individually, RHONDA HUEMANN,
individually, JANE DOE, individually, MARY ROE,
individually, and the YWCA, a non-profit association, BRIAN
ROBBINS, individually and in his capacity as a Detective in the
Police Department of The City of White Plains, N.Y., ERIC
FISHER, individually and in his capacity as a Detective Sergeant
in the Police Department of The City of White Plains, N.Y., and
ANNE FITZSIMMONS, individually and in her capacity as
Assistant Chief of Police of the Police Department of The City of
White Plains, N.Y.,

                                  Defendants.
-----------------------------------------------------------X

Index No.: 07 CIV 10536 (WCC)

*Partial* STIPULATION & ORDER extending defendant RHONDA HUEMANN's Time to Answer

      **IT IS HEREBY STIPULATED AND AGREED**, that defendant RHONDA HUEMANN shall have until January 7, 2008 to Answer, move or otherwise appear in this matter.

By: _____
JONATHAN LOVETT, ESQ. (4854)
Attorney for Plaintiffs
LAURA K. and PHILLIP K., as parents and
best friends of their infant daughter "C",
ANGELA M. and MICHAEL M. as parents
and best friends of their infant daughter "M",
and KATHY D. and JOSEPH D., as parents
and best friends of their infant daughter "J",
ANNE TERMINI
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, NY 10605
(914) 428-8401
(914) 428-8916 (facsimile)

By: _____
LOUIS U. GASPARINI, ESQ.
Attorney for Defendants
RHONDA HUEMANN
Renzulli Law Firm, LLP
81 Main Street, Suite 508
White Plains, NY 10601
(914) 285-0700
(914) 285-1213 (facsimile)

SO ORDERED.
Dated: White Plains, NY
       Dec. 19, 2007

_____
WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD *for* Huemann
+ EMAILED TO TT'S COUNSEL