# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA K. and PHILLIP K. as parents and best friends of their
Infant daughter "C", ANGELA M. and MICHAEL M., as
Parents and best friends of their infant daughter "M", and
KATHY D. and JOSEPH D. as parents and best friends of
Their Infant daughter "J", ANNE TERMINI

                                                         Plaintiffs

-against-

JANA RINALDO, individually, RHONDA HUEMANN,
Individually, JANE DOE, individually, MARY ROE,
Individually, and the YWCA, a non-profit association
BRIAN ROBBINS, individually and in his capacity as a
Detective in the Police Department of the City of White Plains,
N.Y., ERIC FISHER, individually and in his capacity as a
Detective Sergeant in the Police Department of the City of
White Plains, N.Y. and ANNE FITZSIMMONS, individually
And in her capacity as Assistant Chief of Police of the Police
Department of the City of White Plains, N.Y.

**STIPULATION**

Case No.
07 Civ. 10536 (WCC)

ECF CASE

IT IS HEREBY STIPULATED AND AGREED that the time for the defendant

JANA RINALDO to answer the complaint has been extended to January 7, 2008.

Dated: December 19, 2007

_____          _____
Lovett & Gould, LLP                Robert G. Schneider, Esq. (4727)
By: Jonathan Lovett (4854)         Attorney for defendant
Attorney for Plaintiffs            Jana Rinaldo

So Ordered: 12/20/07

_____
HON. WILLIAM C. CONNOR

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

E-
COPIES MAILED TO COUNSEL OF RECORD for J
+ MAILED TO J RINALDO COUNSEL

*Robert G. Schneider*
*Attorney at Law*

(914) 946-2828

(914) 949-0086   Fax

576 Kimball Avenue
Yonkers, New York 10704

December 19, 2007

TO: Hon. William C. Connor
    Att: Gina

FROM: Robert G. Schneider, Esq.

RE: Laura K. et. al. v. Rinaldo, et. al.
    07 Civ. 10536 (WCC)

    As per our conversation today, enclosed herewith is a signed stipulation extending the time for defendant Rinaldo to answer the complaint until January 7, 2008.

Robert G. Schneider