**ORIGINAL**

Our File No.: 400.143480

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

Laura K. And Phillip K, as parents and best friends of their infant daughter "C", Angela M. And Michael M. As parents and best friends of their infant daughter "M", and Kathy D. And Joseph D., as parents and best friends of their infant daughter "J", Anne Termini,

Plaintiff(s),

-against-

Jana Rinaldo, individually, Rhonda Huemann, individually, Jane Doe, individually, Mary Roe, individually, and the YWCA, a non-profit association, Brian Robbins, individually and in his capacity as a Detective in the Police Department of the City of White Plains, NY, Eric Fisher, individually and in his capacity as a Detective Sergeant in the Police Department of the City of White Plains, NY and Anne Fitzsimmons, individually and in her capacity as Assistant Chief of Police of the Police Department of the City of White Plains, NY.

Defendant(s).

-------------------------------------------------------------X

Index No.: 07 CIV 10536

STIPULATION + ORDER
EXTENDING TIME
TO ANSWER for
YWCA

IT IS HEREBY STIPULATED and agreed that the time for the defendant, YWCA, to serve an answer to the complaint, or to make any motion in lieu of answer, is extended to and including the 4th day of February, 2008.

DATED:   New York, New York
         December 21, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Jonathan Lovett (4654)
Attorney for Plaintiff(s)

E-
COPIES MAILED TO COUNSEL OF RECORD
AND MAILED TO A YWCA COUNSEL

*CKBB by Paul F Callan*

CALLAN, KOSTER, BRADY & BRENNAN, LLP
BY: Paul F. Callan
Attorneys for Defendant
YWCA
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

SO ORDERED: Jan. 2, 2008

*William C. Conner*
Judge William C. Conner, USDJ