# CALLAN, KOSTER, BRADY & BRENNAN, LLP
COUNSELORS AND ATTORNEYS AT LAW

NEW YORK, NY    UNIONDALE, NY    SHREWSBURY, NJ    RIDGEWOOD, NJ

www.ckbblaw.com

Marc R. Wilner, Esq.
Associate

mwilner@ckbblaw.com

**ORIGINAL**

ONE WHITEHALL STREET
NEW YORK, NY 10004
TEL: (212)248-8800
FAX: (212)248-6815

December 14, 2007

**Via Facsimile: (914) 390-4170**
The Honorable William C. Conner
United States District Judge
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Laura K. and Philip K, et al. v. Jana Rinaldo, et al.</u>
           Index No.   : 07 CIV 10536 (WCC)
           Our File No. : 401.143480

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Dear Judge Conner:

    This law firm was recently assigned to represent defendant YWCA in the above-referenced matter by their insurance carrier. As I advised your clerk, we have tried to contact plaintiff's counsel several times by phone and correspondence to seek an extension of time to answer or move in relation to the Complaint. Plaintiff's counsel has not responded. As per my conversation with your clerk, she informed me that you have agreed to extend the time of defendant YWCA to serve an answer to the complaint, or to make any motion in lieu of answer, to and including January 7, 2008. I was instructed by your clerk to fax this letter application to the Court to be signed by your Honor, with a copy faxed to plaintiff's counsel.

    Thank you for your assistance in this matter. Please contact the undersigned with any questions.

Very truly yours,

*Marc Wilner*

Marc R. Wilner (MRW-2371)

MRW:erg
Via Facsimile: (914) 428-8916
cc:    Lovett & Gould, LLP
       Attention: Jonathan Lovett, Esq.
       222 Bloomingdale Road
       White Plains, New York 10605

So-Ordered:

*William C. Conner*

Judge William C. Conner, U.S.D.J.
12/19/07

COPIES MAILED TO COUNSEL OF RECORD for ΔYWCA
+ E-MAILED To π's COUNSEL

MEMO ENDORSED