# LYNCH SCHWAB
PLLC

Attorneys & Counselors
At Law

ALBANY • SYRACUSE • WHITE PLAINS

Louis U. Gasparini, Esq.
Member
lgasparini@lynchschwab.com
Direct Dial: (914) 372-1045
Direct Fax: (914) 620-1715

January 4, 2008

VIA FASCIMILE
(914) 428-8916
Jonathan Lovett, Esq (JL 4854)
222 Blomingdale Road
White Plains, NY 10605

    Re:        **Laura K. v. Rinaldo, et. al**
    Our File:   **113.018**
                  **07 CIV 10536**
                  **Judge Connor**

Dear Mr. Lovett:

    Please be advised that I am no longer affiliated with the Renzulli Law Firm, LLP, and have joined Lynch Schwab, PLLC. You can direct all future correspondence and telephone calls to the new contact information above.

    Thank you for allowing the Defendant Heumann additional time to answer or otherwise appear in this action. The Court has granted the Defendant YWCA an extension until February 4, 2007 to answer or otherwise appear. I am also requesting the same extension. Since I have left my prior firm, I do not have possession of the complete litigation file as of this date.

    If you are in agreement, please sign on the space provided, and FAX A COPY BACK TO MY DIRECT FAX LINE (914) 620-1715. I will then file the stipulation with the Court. As you know, our time to answer is Monday January 7, 2008.

    Thank you for your courtesies in this matter.

Very truly yours,

LYNCH SCHWAB, PLLC

BY: *[signature]*
LOUIS U. GASPARINI
(LG 2655)

Agreed and stipulated:

BY: *[signature]*
Jonathan Lovett, Esq
(JL 4854)

**SO ORDERED!**

*[signature]*
Hon. William C. Connor
United States District Court Judge

dated: 1/9/08

75 South Broadway ◆ Fourth Floor ◆ White Plains, New York 10601
T: (914) 304-4353 ◆ F: (914) 304-4223
www.lynchschwab.com