UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ORIGINAL*

------------------------------------------------------------x

LAURA K. and PHILLIP K. et. al

                          Plaintiff,       07 Civ. 10536 WCC)

      -against-

*Partial*

**NOTICE AND ORDER OF
VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
AS TO DEFENDANT RHONDA
HUEMANN**

JANA RINALDO, et. al,

                         Defendants.      *ECF CASE*

------------------------------------------------------------x

PLEASE TAKE NOTICE that Plaintiffs, by their attorneys Lovett & Gould, LLP, hereby voluntarily dismiss this action as against Defendant Rhonda Huemann without prejudice in accordance with FRCP 41(a)(1)(A)(i).

Dated: White Plains, N.Y.
          January 18, 2008

                                                     LOVETT & GOULD, LLP
                                                     By:
                                                     Jonathan Lovett (4854)
                                                     222 Bloomingdale Road
                                                     White Plains, N.Y. 10605
                                                     914/428-8401

SO ORDERED:

*William C. Conner*
WILLIAM C. CONNER
*Sr.* United States District Judge

*Dated: Jan. 22, 2008
White Plains, NY*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:

*+ E-MAILED*
COPIES MAILED TO COUNSEL OF RECORD