UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURA K and PHILLIP K, et al., :

    -v-                 :      07 Civ. 10536 (WCC)

JANA RINALDO, et al      :

---

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE, that Louis U. Gasparini, Esq., of the law firm of LYNCH SCHWAB, PLLC, and Stephen M. Axinn Esq., of the law firm of AXINN VELTROP & HARKRIDER LLP., respectfully enter their appearance as counsel of record for the Defendant Rhonda Heumann, improperly sued herein as "Rhonda Huemann".

                                                                     Respectfully submitted,

| _____s/LG2655_____ | _____s/SA7445_____ |
|---|---|
| LOUIS GASPARINI (LG 2655) | STEPHEN M. AXINN (SA 7445) |
| lgasparini@lynchschwab.com | sma@avhlaw.com |
| | |
| Lynch Schwab, PLLC | Axinn Veltrop & Harkrider LLP |
| 75 South Broadway | 114 W. 47th Street |
| Fourth Floor | New York. NY 100367 |
| White Plains, NY 10601 | |

                                Attorneys for Defendant Rhonda Heumann