OUR FILE: 400.143480
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
LAURA K. and PHILLIP K, as parents and best friends of
their infant daughter "C", ANGELA M. and MICHAEL M. as
parents and best friends of their infant daughter "M",
and KATHY D. and JOSEPH D., as parents and best friends
of their infant daughter "J", ANNE TERMINI,

                Plaintiff(s),

      -against-

JANA RINALDO, individually, RHONDA HUEMANN,
individually, JANE DOE, individually, MARY ROE, individually,
and the YWCA, a non-profit association, BRIAN ROBBINS,
individually and in his capacity as a Detective in the Police
Department of the City of White Plains, NY, ERIC FISHER,
individually and in his capacity as a Detective Sergeant in the
Police Department of the City of White Plains , NY and ANNE
FITZSIMMONS, individually and in her capacity as Assistant
Chief of Police of the Police Department of the City of
White Plains, NY,

                Defendant(s).
-------------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

CIVIL ACTION

07 CIV 10536 (WCC)

TO THE CLERK OF UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:

    Please enter the appearance of CALLAN, KOSTER, BRADY & BRENNAN, LLP as attorneys for the defendant, YWCA, in the above-entitled action.

Dated:    New York, New York
            February 1, 2008

Yours, etc.
CALLAN, KOSTER, BRADY & BRENNAN, LLP

BY: _____
    PAUL F. CALLAN (PFC-2005)
A Member of the Firm
Attorneys for Defendant YWCA
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

TO:    LOVETT & GOULD, LLP
        Attention: Jonathan Lovett, Esq.
        Attorneys for Plaintiff(s)
        222 Bloomingdale Road
        White Plains, New York 10605
        (914) 428-8401

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

KENNY, STEARNS & ZONGHETTI
Attention: Gino A. Zonghetti, Esq.
Attorneys for Defendant
JANA RINALDO
26 Broadway
New York, New York 10004
(212) 422-6111

JOSEPH A. MARIA, P.C.
Attorney for Defendants
BRIAN ROBBINS, Individually, et al.
ERIC FISHER, Individually, et al.
ANNE FITZSIMMONS, Individually, et al.
301 Old Tarrytown Road
White Plains, New York 10603
(914) 684-0333

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) : SS.:
COUNTY OF NEW YORK )

EILEEN GAMBINO, being duly sworn, deposes and says:

I am not a party to the action, I am over 18 years of age and I reside at One Whitehall Street, New York, New York 10004.

On FEBRUARY 4, 2008, I served a true copy of the annexed **NOTICE OF APPEARANCE** by E-FILE and mailing same in a sealed envelope with postage prepaid in an official depository of the U.S. Postal Service within the State of New York addressed

TO: LOVETT & GOULD, LLP
Attention: Jonathan Lovett, Esq.
Attorneys for Plaintiff(s)
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

KENNY, STEARNS & ZONGHETTI
Attention: Gino A. Zonghetti, Esq.
Attorneys for Defendant
JANA RINALDO
26 Broadway
New York, New York 10004
(212) 422-6111

JOSEPH A. MARIA, P.C.
Attorney for Defendants
BRIAN ROBBINS, Individually, et al.
ERIC FISHER, Individually, et al.
ANNE FITZSIMMONS, Individually, et al.
301 Old Tarrytown Road
White Plains, New York 10603
(914) 684-0333

_____
EILEEN GAMBINO

Sworn to before me this
4th day of February, 2008

_____
Notary Public

MARIA COLAMARINO
Notary Public, State of New York
No. 01CO6008711
Qualified in Queens County
Commission Expires June 15, 20__

3