UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA K and PHILLIP K, et al., :

   -v- :

                        07 Civ. 10536 (WCC)

JANA RINALDO, et al :

                        :

### DEFENDANT RHONDA HEUMANN'S ANSWER TO THE CROSS CLAIM

Defendant, **RHONDA HEUMANN** (improperly sued herein as "**RHONDA HUEMANN**") (hereinafter "Answering Defendant(s)) by and through counsel, LYNCH SCHWAB, PLLC, and AXINN VELTROP & HARKRIDER LLP as and for its Answer to the Cross Claims, allege upon information and belief as follows:

1. Denies each and every allegation raised in the Defendant(s) **BRIAN ROBBINS, ERIC FISHER, and ANNE FIZSIMMONS** Answer dated December 19, 2007, which are designated as cross claims against the Answering Defendant.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

2. This Court lacks jurisdiction over the answering defendant.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

3. The cross claims alleged fail to state claims upon which relief may be granted.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

4. This Court lacks subject matter jurisdiction over the cross claims against the Answering Defendant.

WHEREFORE, the Answering Defendant demands judgment dismissing the Complaint of the Plaintiff(s) herein together with costs, disbursements and the expenses of this litigation, including attorneys' fees, and further demands judgment dismissing the cross claim(s) of the Defendants **BRIAN ROBBINS, ERIC FISHER, and ANNE FIZSIMMONS.**, together with costs, disbursements and expenses of this action, including attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| _____s/LG2655_____ | _____s/SA7445_____ |
| LOUIS GASPARINI (LG 2655) | STEPHEN M. AXINN (SA 7445) |
| lgasparini@lynchschwab.com | sma@avhlaw.com |
| | |
| Lynch Schwab, PLLC | Axinn Veltrop & Harkrider LLP |
| 75 South Broadway | 114 W. 47th Street |
| Fourth Floor | New York. NY 100367 |
| White Plains, NY 10601 | |

**Attorneys for Defendant Rhonda Heumann**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA K and PHILLIP K, et al., :

    -v-                      :            07 Civ. 10536 (WCC)

JANA RINALDO, et al       :

                                :

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 4, 2008 I electronically filed with the Clerk of the Court, using the CM/ECF System, the following document(s):

    Answer of the Defendant RHONDA HUEMANN to the Cross Claims raised by Defendant(s).

    The CM/ECF System will provide service of such filing(s) to the following parties:

Jonathan Lovett, Esq (JL 4854)
222 Blomingdale Road
White Plains, NY 10605

Gino Zonghetti, Esq.
Kenny Stearns & Zonghetti
26 Broadway
New York, NY 10004

Joseph A. Maria, Esq.
Joseph A. Maria P.C.
301 Old Tarrytown Rd.
White Plains, NY 10601

Paul F. Callan
Callan Koster Brady & Brennan
One Whitehall Street
10th Floor
New York, NY 10004

Yours, etc.,

By:     ____s/LG 2655_____
Louis U. Gasparini, Esq.
**LYNCH SCHWAB, PLLC**
75 South Broadway
Fourth Floor
White Plains, NY 10601
(914) 285-0700
(914) 285-1213 (facsimile)