UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA K and PHILLIP K, et al., :

       -v-                       :
                                      07 Civ. 10536 (WCC)
JANA RINALDO, et al              :

                                 :

## FEDERAL RULES OF CIVIL PROCEDURE 7.1 STATEMENT

**PLEASE TAKE NOTICE,** that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusual, the undersigned attorney of record for the Defendant, Rhonda Heumann, improperly sued herein as "Rhonda Huemann" hereby certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

NONE

TO:

All Counsel of Record

                              Yours, etc.,

                    By:       ____s/LG 2655_____
                              Louis U. Gasparini, Esq.
                              lgasparini@lynchschwab.com
                              **LYNCH SCHWAB, PLLC**
                              75 South Broadway
                              Fourth Floor
                              White Plains, NY 10601
                              (914) 285-0700
                              (914) 285-1213 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
LAURA K and PHILLIP K, et al.,       :

    -v-                                           :
                                                          07 Civ. 10536 (WCC)

JANA RINALDO, et al                  :
_____ :

### CERTIFICATE OF ELECTRONIC SERVICE

    I hereby certify that on February 4, 2008, I electronically filed with the Clerk of the Court, using the CM/ECF System, the following document(s):

    Federal Rules of Civil Procedure 7.1 Statement of the Defendant Rhonda Heumann, improperly sued herein as "Rhonda Huemann".

    The CM/ECF System will provide service of such filing(s) to the following parties:

Jonathan Lovett, Esq (JL 4854)
222 Blomingdale Road
White Plains, NY 10605

Gino Zonghetti, Esq.
Kenny Stearns & Zonghetti
26 Broadway
New York, NY 10004

Joseph A. Maria, Esq.
Joseph A. Maria P.C.
301 Old Tarrytown Rd.
White Plains, NY 10601

Paul F. Callan
Callan Koster Brady & Brennan
One Whitehall Street
10th Floor
New York, NY 10004

Yours, etc.,

By: \_\_\_\_s/LG 2655_____
Louis U. Gasparini, Esq.
lgasparini@lynchschwab.com
**LYNCH SCHWAB, PLLC**
75 South Broadway
Fourth Floor
White Plains, NY 10601
(914) 285-0700
(914) 285-1213 (facsimile)