**MEMO ENDORSED**

# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT  
JANE BILUS GOULD

222 BLOOMINGDALE ROAD  
WHITE PLAINS, N.Y. 10605

KIM PATRICIA BERG+  
DRITA NICAJ+

914-428-8401  
FAX 914-428-8916

+also admitted in New Jersey

March 12, 2008

Hon. William C. Conner  
United States District Judge  
United States Courthouse  
300 Quarropas Street  
White Plains, N.Y. 10601

    Re: Laura K. and Phillip K., et. al v. Jana Rinaldo, et. al.  
       07 Civ. 10536 (WCC)

Dear Judge Conner:

    As a follow-up to last Friday's conference, and within the time parameters set by Your Honor, I am writing to advise that all of the Plaintiffs consent to dismissal of this action with prejudice, without fees or costs.

Respectfully,

Jonathan Lovett

JL:clp  
Cc: Counsel of record

SO ORDERED:

*William C. Conner*  
WILLIAM C. CONNER   3/14/08  
United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED:

COPIES MAILED TO COUNSEL OF RECORD

**MEMO ENDORSED**